IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:14CR375 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BELMONT, | |
| Defendant. | |

This matter is before the court on the defendant's motion for release pending appeal, Filing No. 59, and the defendant's motion to amend the judgment, Filing No. 56. The court held a hearing on the motions on December 3, 2015.

The defendant was convicted after entering a conditional guilty plea allowing him to appeal certain legal determinations. See Filing No. 46, Plea Agreement; Filing No. 54, Judgment. On November 6, 2015, defendant was sentenced to 6 months' incarceration and granted leave to self-report for his sentence at the institution designated by the Bureau of Prisons, as notified by the U.S. Marshal. Filing No. 54, Judgment at 1-2.

In his motion to alter or amend the judgment, the defendant sought an order amending the judgment to provide that the defendant would be allowed to report for incarceration on April 1, 2016, or a date certain immediately thereafter, for reasons of family necessity.

Under 18 U.S.C. § 3143(b), a defendant may be released pending appeal if the court finds, by clear and convincing evidence, that the defendant is unlikely to flee or pose a danger to any person or the community, that the appeal is not for the purpose of delay, and that the appeal raises a substantial question of law or fact that is likely to result in either "(i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b)(1)(A) & (B).

In view of his successful completion of pretrial supervision, the court finds the defendant has shown by clear and convincing evidence that he is not likely to flee or to pose any danger to any other person or the community. See Filing No. 42, Release Status Report (sealed). Further, the court finds that the appeal has not been interposed for the purpose of delay and it raises a substantial question likely to result in reversal, an order for a new trial, a sentence that does not include imprisonment, or a reduced sentence. The Government does not oppose the release of the defendant pending appeal. Accordingly, the court finds the defendant's motion for release pending appeal should be granted, subject to the same terms and conditions imposed on pretrial release. See Filing No. 10, Order Setting Conditions of Release. This resolution renders the defendant's motion to alter or amend moot. Therefore,

IT IS ORDERED:

1. Defendant's motion for release pending appeal pursuant to 18 U.S.C. § 3143(b) (Filing No. 59) is granted.

2. Defendant's motion to amend the judgment (Filing No. 56) is denied as moot.

3. The clerk of court is directed to provide a copy of this order to the United States Marshal.

Dated this 9th day of December, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge